JuanJose Martinez-Madera  A 14-647-093  Detained at ICE–El Centro Detention Facility 1115 North Imperial Ave. El Centro, Cal. 92243-1739

**FILED**

**NOV 2 6 2007**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY November 12, 2007 DEPUTY

1

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

3   IN THE MATTER OF :

4   JUANJOSE MARTINEZ-MADERA,      A 14-647-093     )
5     (Petitioner, Plaintiff)        (In Pro Se)          )
6                                                              )        **Civil** File
7                   Vs.                                     )
·8                                                              )        **'07 CV 2237 JLS WMC**
9   MICHAEL CHERTOFF, Secretary of the Department of    )        Case No.
0   Homeland Security; MICHAEL B. MUKASEY, Attorney    )
1   General; JULIE L. MYERS, Assistant Secretary, United States  )
2   Board of Immigration and Customs Enforcement (BICE); ROBIN )      MOTION TO
3   BAKER, Director, San Diego ICE-Field Office District Director; )
4   ROBERT G. RILLAMAS, Assistant ICE-Field Office Director- )      REQUEST TO PROCEED
5   El Centro; JOEL MATA, Supervisor of Detention and    )        IN FORMA PAUPERIS
6   Deportation Officers-El Centro Processing Center,      )
7           **Defendants – Respondents**            )
8   _____ )

9

0

1   DECLARATION IN SUPPORT OF REQUEST TO PROCEED **IN FORMA PAUPERIS**

2

3   I, JuanJose Martinez-Madera  A  14-647-093  declare that I am petitioner in the above entitled case and that

4   in support of my Motion to Proceed in Forma Pauperis without being required to pre-pay legal fees, court costs

5   or court proceedings nor give security, I state that because of my poverty, being indigent, I am unable to pay the

6   costs of said proceedings or to give security thereof and that I believe I am entitled to relief from paying such

7   costs.

8

9   I have paid the $ 5,00.oo (five dollars) fee for my Motion for a Writ of Habeas Corpus Petition submitted

0   together with this Request to Proceed in Forma Pauperis, which I believe is **not** included nor exempted from

1   this request.

2

3   I declare, certify, verify and state under penalty of perjury that the foregoing is true and correct.

4                                                              Respectfully Submitted

5           A  14-647-093   (In Pro Se)      JuanJose Martinez-Madera

6                                                                      tuesday
7   Executed on this date November 12, 2007          november 20, 2007

8                                                              Signature of Petitioner

# F E E    W A I V E R    . R E Q U E S T

Name:  <u>JuanJose Martinez-Madera</u>

> **If more than one alien is included in your appeal or motion, only the lead alien need file this form.**

A   14-647-093

Alien Number ("A" Number:)

I, <u>JuanJose Martinez-Madera</u> , declare under penalty of perjury, pursuant to 28 U.S.C. section 1746, that I am the person above and that I am unable to pay the fee. I believe that my appeal/motion is valid, and I declare that the following information is true and correct to the best of my knowledge:

## Assets

Wages, Salary                                           $ 0,<u>oo</u>    /month

Other Income                                            0,<u>oo</u>    /month
(business, profession,
(self-employed, rent
payments, interest, etc.)

Cash                                                    0<u>oo</u>

Checking or Savings Account   0,  <u>oo</u>

Property                                                0,<u>oo</u>
(real estate, automobile,
stocks, bonds, etc.)

Other Financial Support       0,<u>oo</u>    /month
(public assistance, alimony,
child support, gift, parent,
spouse, other family members, etc.

## Expenses (including dependents)

Housing                        $ 0,<u>oo</u>    /month
(rent, mortgage, etc.)

Food                           0,<u>oo</u>    /month

Clothing                       0,<u>oo</u>    /month

Utilities                      0,<u>oo</u>    /month
(phone, electric, gas,
. water, etc.)

Transportation                 0,<u>oo</u>    /month

Debts, Liabilities             0,<u>oo</u>    /month

Other  <u>None</u>             $ 0,<u>oo</u>    /month
       (specify)

Note.-. I have been made to lose
        everything but, I have
        worked and paid taxes in
        this country for 42 years!.



Signature

Tuesday - November 20, 2007

Date