| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | RAVEN M. NORRIS |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 232868 |
| | 880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893 |
| | Email: Raven.Norris@usdoj.gov |
| 5 | Telephone: (619) 557-7157 |
| 6 | Attorneys for the Respondents |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN JOSE MARTINEZ-MADERA, | ) | Case No. 07 cv 2237 JLS (WMC) |
| | ) | |
| Petitioner, | ) | NOTICE OF APPEARANCE |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security, et al., | ) | |
| | ) | |
| Respondents. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None

Please call me if you have any questions about this notice.

Dated: December 18, 2007　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　s/ Raven M. Norris
　　　　　　　　　　　　　　　　　　　　RAVEN M. NORRIS
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorneys for Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN JOSE MARTINEZ-MADERA, | ) | Civil No. 07 cv 2237 JLS (WMC) |
| Petitioner, | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| MICHAEL CHERTOFF, et al., | ) | |
| Respondents. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

None

I hereby certify that I have caused the foregoing to be mailed, by the United States Postal Service, to the following non-ECF participants on this case:

Juan Jose Martinez-Madera
A14-647-093
ICE El Centro Detention Center
1115 N. Imperial Ave.
El Centro, CA 92243

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2007

    s/ Raven M. Norris
    RAVEN M. NORRIS