KAREN P. HEWITT
United States Attorney
RAVEN M. NORRIS
Assistant U.S. Attorney
California State Bar No. 232868
880 Front Street, Room 6293
San Diego, California 92101-8893
Email: Raven.Norris@usdoj.gov
Telephone: (619) 557-7157

Attorneys for the Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE MARTINEZ-MADERA,<br><br>           Petitioner,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary of Department of Homeland Security, et al.,<br><br>           Respondents. | Civil No. 07 cv 2237 JLS (WMc)<br><br>**EX PARTE** REQUEST FOR EXTENSION OF TIME TO FILE RETURN |

On November 26, 2007, Petitioner filed a Petition for Writ of Habeas Corpus and Motion for Appointment of Counsel, commencing this action. On December 5, 2007, the Court issued an order to show cause, granting the Government until Friday, January 4, 2008, to file a return. However, Petitioner failed to serve the United States Attorney. Therefore, the U.S. Attorney's Office did not become aware of the Petition until December 7, 2007, after issuance of this Court's order.

Petitioner seeks release from detention pending his removal proceedings. A preliminary investigation of the status of his removal proceedings reveals that the removal order became final on May 30, 2006,[1] and that judicial review is pending in Martinez-Madera v. Gonzales, No. 06-73157 (9th Cir.). Briefing was completed by all parties as of September 14, 2007 and the case is awaiting action from the Court. Petitioner sought and was granted a stay of removal pending judicial review. See Cruz-

---

[1] When the IJ orders an alien removed, the order becomes final either when (1) the alien waives appeal at the time the order is rendered, (2) the alien fails to file a notice of appeal within 30 days after the IJ's order or (3) when the Board of Immigration Appeals ("BIA") dismisses the alien's appeal from the IJ's decision. See 8 C.F.R. § 1003.39. Here, the IJ ordered the Petitioner removed on June 21, 2006 and the BIA denied Petitioner's appeal on November 1, 2006.

1  Santiago v. Gonzales, No. 06-55654, 2007 WL580670 ("appellant is being voluntarily detained--upon
2  his requested stay of removal--pending appeal of his final removal order") (9th Cir. Feb. 22, 2007)
3  (unpublished).
4       Undersigned counsel was assigned to the case on December 10, 2007, and will be unable to
5  sufficiently research the background and legal issues within the current time frame. The Court's order
6  mandated that the answer "include any and all transcripts or other documents relevant to the
7  determination of the issues presented in the Petition." Undersigned counsel requested the record from
8  U.S. Immigration and Customs Enforcement, but will be unable receive and review it before January
9  4, 2008. Furthermore, additional time is necessary to interview the individuals who are familiar with
10 the case. The Government respectfully requests that the deadline for filing the Return be re-set to
11 **February 1**, **2008** and the deadline for filing the Traverse be re-set to **February 29, 2008**.

14    Dated: December 18, 2007          Respectfully submitted,

16                                     KAREN P. HEWITT
                                     United States Attorney

18                                   s/ Raven M. Norris
                                  RAVEN M. NORRIS
19                                   Assistant U.S. Attorney
                                  Attorneys for Respondents