UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN JOSE MARTINEZ-MADERA, | ) | No. 07 cv 2237 JLS (WMc) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security, et al., | ) | |
| | ) | |
| Respondent. | ) | |

Having reviewed Respondents' Ex Parte Request for Extension of Time to File Return:

1. Said Request is **GRANTED**.

2. **RESPONDENTS ARE ORDERED** to file a Return no later than February 1, 2008.

3. **IT IS FURTHER ORDERED** that if Petitioner wishes to file a Traverse, it must be filed no later than February 29, 2008.

4. All other provisions of the Court's December 5, 2007, Order to Show Cause remain in effect.

**SO ORDERED.**

DATED: December 21, 2007

Honorable Janis L. Sammartino
United States District Judge