PROOF OF SERVICE BY MAIL   January 15, 2008
BY PERSON IN U.S. BICE CUSTODY (January 23, 2008 in Ms. Raven's case)
(Fed. R. Civ. P. 5; U.S.C. § 1746)

**PETITIONER'S NOTE**:._ To all whom this may concern. After reviewing all generated legal paperwork related to my Habeas Corpus petitions and motions, I truly believe that Assistant U.S. Attorney Ms. Raven M. Norris ( # 4th Address below) should have also been served these legal documents (#'s 1 through 5 below) therefore, I am doing just that, sending her a copy of them although a few days late. I apologize for any inconvenience this might have caused to anyone.

I, JuanJose Martinez-Madera  A 14-647-093  **Case No. 07CV2237 JLS (WMc)** declare that:

I am a party to this action. I am being detained by **BICE** and am a resident in one of their detention facilities in the Imperial County in the State of California at the following Address:

    ICE El Centro Processing Center
    1115 North Imperial Avenue
    El Centro, California  92243-1739

I also state that:  On this day Tuesday <u>January 15, 2008</u>, I served by Certified First-Class United States Mail a true copy of the following attached documents: [1]  (Served on Ms. Raven M. Norris on January 23, 2008)

1. Motion and Request for Class-Action Certification of my Writ of Habeas Corpus (see case No. above)
2. Motion for Appointment of Counsel
3. Legal Fee-Waiver Request (Financial Affidavit) - in support of request for attorney, expert, or other court services without payment of fee(s) because of my poverty.
4. District Court Letter
5. This <u>Proof of Service by Mail</u>  . . .  to the following addresses:

1. United States Southern District Court
   Clerk's Office
   880 Front Street, Suite 4290
   San Diego, California  92101-8900

2. U.S. – Trial Unit Attorney – Unit/EL
   1115 N. Imperial Ave.
   El Centro, California  92243-1739

3. U.S. - BICE – District Counsel
   2409 LA Brucherie Road
   Imperial, California  92251

4. Ms. Raven M. Norris
   Assistant U.S. Attorney
   880 Front Street, Room 6293
   San Diego, California 92101-8893

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my ability, knowledge and skills.

                                                                                   Respectfully Submitted

    Petitioner   (In Pro Se)     A  14-647-093                               JuanJose Martinez-Madera

Executed on this date: <u>Tuesday January 15, 2008</u>
       (Wednesday January 23, 2008 In Ms Raven's Case)

                                                                            Petitioner's Signature

---

[1] This Pro-Se filing is deemed filed upon delivery to detainment "prison" authorities. See Fed. R. App. 25 (a)(c). Houston v. Lack, 487 U.S. 266, 101 L. Ed. 245, 108, S. Ct. 2379 at 274, 275 (1988).