## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 JAN 30 AM 10: 37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE    Sammartino
FROM: R. Mullin, Deputy Clerk    RECEIVED DATE: 1/22/2008
CASE NO.: 07cv2237 JLS (WMc)    DOCUMENT FILED BY: Petitioner
CASE TITLE: Martinez-Madera v. Chertoff, et al
DOCUMENT ENTITLED: Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | 83.9 | **OTHER: Ex parte communication is prohibited.** |

Date forwarded: 1/23/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE
**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Sammartino

Dated: 1/30/08    By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

To:

Southern District Court of California – Clerk?    Honorable Janis L. Sammartino?:

From JuanJose Martinez-Madera    A 14-647-093    Case No. **07CV2237 JLS (WMc)**

Re: Government's granted motion for extension of time    January 8, 2008

I received a letter from this court advising me that, the government's request for an extension of time so they could respond to this court's order regarding my Habeas Corpus petition better, has been granted. I must admit that even though this type of actions cost us detainees even more time here in detainment, sometimes considerable more time, it is also necessary to prepare better but, I want to caution and direct the attention of this honorable court to the following:

1.) The government uses these extensions of time as one of their strategies and

2.) As weapons and as

3.) Tricks of their trade to extend our times in these detainment facilities, sort of

4.) Punitive punishments and claim that we are here voluntarily because we, ask for extensions of time

5.) They keep asking for as many extensions of time as the court allows and use these to manipulate information on our records and/or our transcripts sent to the courts.

Our records and our transcripts are manipulated by:

   a) Blacking out key information and

   b) Omitting other information in key places of our records and/or our transcripts to make us look as bad as possible in the eyes of the courts and of the world

Examples of this, forthcoming at traverse filing.

I would just like this honorable court to please keep in mind that, meanwhile all these extensions of time are happening and on-going, we are all still locked-up in these detainment facilities under no criminal charges, but under punitive, very restrictive and vengeful <u>civil</u> <u>indefinite</u> detainments done to us, **<u>Legal Permanent Residents</u>**. We believe that ICE (the government) has misinterpreted these laws and that what they should be applying to illegal alien terrorists only are unjustly, illegally and immorally applying it to all residents here, legal & illegals alike, indiscriminately and, <u>that is the whole reason for filing these Habeas Corpus Petitions</u>, to be able to get out of detainment and be out w/our loved ones as soon as is humanly possible.    Thank You

Sincerely and Respectfully Submitted

JuanJose Martinez-Madera