JuanJose Martinez-Madera A 14-647-093 Detained at ICE–El Centro Detention Facility 1115 North Imperial Ave. El Centro, Ca. 92243-1739

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 FEB 27 PM 3:00
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

IN THE MATTER OF :

JUANJOSE MARTINEZ-MADERA,  A 14-647-093 )
(Petitioner, Plaintiff)   (In Pro Se)  )
                                       )
Vs.                                    )
                                       )
MICHAEL CHERTOFF, Secretary of the Department of )
Homeland Security; MICHAEL B. MUKASEY, Attorney )
General; JULIE L. MYERS, Assistant Secretary, United States )
Board of Immigration and Customs Enforcement (BICE); ROBIN )
BAKER, Director, San Diego ICE-Field Office District Director; )
ROBERT G. RILLAMAS, Assistant ICE-Field Office Director- )
El Centro; JOEL MATA, Supervisor of Detention and )
Deportation Officers-El Centro Processing Center, )
         **Defendants – Respondents**       )
_____)

February 10, 2008

Civil File
Case No. 07 cv 2237 JLS (WMc)

**NUNC PRO TUNC**
**FEB 19 2008**

PETITIONER'S:

<u>MOTION</u>   <u>FOR</u>

<u>EXTENSION OF TIME</u>

   Petitioner, JuanJose Martinez-Madera, humbly requests and moves this Court for an Extension of Time of 1 (one) month in the filing of his **Traverse** to the government's opposition to my Writ of Habeas Corpus Petition **civil** <u>file</u> <u>case No</u>. **07 cv 2237 JLS (WMc)** for the following reasons:
   1) I am <u>Pro Se</u>,   2) I am **not** a <u>legal expert</u>,   3) I am not a fast typist,   4) I am not a computer expert
5) Lack of adequate access to the law-library here and/or resources at these detention facilities associated with our legal efforts and struggles. At times, up to 740 detainees here must share only 5 computers (only 3 of those connected to a printer) and only 4 typewriters. There are times that we come to the law-library but cannot access neither a computer nor a typewriter.   6) Access time to the law-library is also very super-limited and very, very restricted,   7) These places are being run in an overly exaggerated, restrictive manner to the point that we cannot even have a pen to write with and they cancel our library access for any reason.   8) According to the Court's deadline schedule my Traverse is due on February 29, 2008. I received the very voluminous government's opposition to my Writ of Habeas Corpus and need to go through it carefully for a proper answer.

   Due to the above reasons, petitioner respectfully requests and moves this Court that this Motion for Extension of Time be granted.                    Thank you!

                                                        Respectfully Submitted,

                                                        *JuanJose Martinez-Madera*

Dated this: February 10, 2008       A 14-647-093       JuanJose Martinez-Madera


                Petitioner (In Pro Se)       _____
                                              Petitioner's Signature

## PROOF OF SERVICE BY MAIL
## BY PERSON IN U.S. BICE CUSTODY
(Fed. R. Civ. P. 5; U.S.C. § 1746)

I, JuanJose Martinez-Madera  A 14-647-093  <u>Case No</u>. **07CV2237 JLS (WMc)** declare that:

I am a party to this action. I am being detained by **BICE** and am a resident in one of their detention facilities in the Imperial County in the State of California at the following Address:

> ICE El Centro Processing Center
> 1115 North Imperial Avenue
> El Centro, California <u>92243-1739</u>

I also state that: On this day Tuesday <u>February 10, 2008</u>, I served by ~~Certified~~ *Regular* First-Class United States Mail a true copy of the following attached documents: [1]

1. Motion for Extension of Time (see case No. above)
2. This <u>Proof of Service by Mail</u> . . . to the following addresses:

1. United States Southern District Court
   Clerk's Office
   880 Front Street, Suite 4290
   San Diego, California  <u>92101-8900</u>

2. Ms. Raven M. Norris
   Assistant U.S. Attorney
   880 Front Street, Room 6293
   San Diego, California <u>92101-8893</u>

3. U.S. - BICE – District Counsel
   2409 LA Brucherie Road
   Imperial, California <u>92251</u>

4. U.S. – Trial Unit Attorney – Unit/EL
   1115 North Imperial Avenue
   El Centro, California <u>92243-1739</u>

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my ability, knowledge and skills.

Respectfully Submitted,

Petitioner   (In Pro Se)   A  14-647-093

*JuanJose Martinez-Madera*
JuanJose Martinez-Madera

Executed on this date: <u>Tuesday February ~~10~~ /2, 2008</u>

Petitioner's Signature

---

[1] This Pro-Se filing is deemed filed upon delivery to detainment "prison" authorities. See Fed. R. App. 25 (a)(c). Houston v. Lack, 487 U.S. 266, 101 L. Ed. 245, 108, S. Ct. 2379 at 274, 275 (1988).