# LEGAL FEE-WAIVER REQUEST

Name: JuanJose Martinez-Madera

FILED
2008 FEB 29 PM 4:15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

NUNC PRO TUNC
JAN 22 2008

"A" Number: 14-647-093

I, JuanJose Martinez-Madera, declare under penalty of perjury, pursuant to 28 U.S.C. section 1746, that I am the Applicant/Respondent in the above case and that I am unable to pay the cost of my appeal due to my poverty. I believe that my appeal is valid and I declare that the following responses concerning my financial situation are true and correct to the best of my knowledge:

**Assets**

Wages, Salary — $0.00/month

Other Income (business, profession, self-employment, rent payments, interest, etc.) — 0.00/month

Cash at hand or on books* — 8.00 at hand / Money order for $150.00 on books*

Checking or Savings account — 0.00

Property none (real estate, automobile, stocks, bonds, etc.) — 0.00

Other Financial Support (public assistance, alimony, child support, gift, parent, spouse, other family members, etc.) — 0.00/month

Date 01-15-08

Date 01-15-08

Note.— I have been made to lose everything but I have worked and paid taxes in this country for 42 years.

**Expenses (including dependents)**

Housing (rent, mortgage, etc.) — $0.00/month

Food — 0.00/month

Clothing — 0.00/month

Utilities (phone, electric, gas, water, etc.) — 0.00/month

Transportation — 0.00/month

Debts, Liabilities child support — 400.00/month

Other see above (specify) — 400.00/month
Note: I am unable to contribute to child support from detainment.

_Juan Jose Martinez Madera_
Signature of Petitioner (Appelant)

_ICE officials refused to sign_
Signature of Verifying Officer

* Verification is for money on the books only