JuanJose Martinez-Madera  A 14-647-093  Detained at ICE–El Centro Detention Facility  1115 North Imperial Ave. El Centro, Cal.  92243-1739    1

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF CALIFORNIA** 29 PM 4:14

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF :

JUANJOSE MARTINEZ-MADERA,  A 14-647-093     )
  (Petitioner, Plaintiff)    (In Pro Se)          )    Civil  File ᴮʸ ___  January 14, 2008   **NUNC PRO TUNC**
                                              )
                          Vs.                 )                     **JAN 22 2008**
                                              )
MICHAEL CHERTOFF, Secretary of the Department of    )    Case No.  07CV2237 JLS (WMc)
Homeland Security; **MICHAEL B. MUKASEY**, Attorney    )
General; **JULIE L. MYERS**, Assistant Secretary, United States  )    **MOTION AND REQUEST**
Board of Immigration and Customs Enforcement (BICE); **ROBIN**)    **FOR CLASS-ACTION**
**BAKER,** Director, San Diego ICE-Field Office District Director; )    **CERTIFICATION**
**ROBERT G. RILLAMAS,** Assistant ICE-Field Office Director- )
El Centro; **JOEL MATA,** Supervisor of Detention and     )
Deportation Officers-El Centro Processing Center,      )
                    **Defendants – Respondents**        )
_____)

### STATEMENT OF FACTS AND MEMORANDUM OF POINTS IN SUPPORT OF PETITIONER'S MOTION FOR CLASS CERTIFICATION

I, Petitioner, JuanJose Martinez-Madera, humbly requests and moves this Court for an **order for certification** in his Habeas Corpus Petition Case No. **07CV2237 JLS (WMc)** filed in this Honorable Court on November 26, 2007 for the following reasons:

1. My habeas action was prepared exactly for this purpose. With an eye towards seeking for the court to declare it and certify it as a class-action lawsuit for the reason that

2. There are many other detainees in exactly this same predicament as instant petitioner, needing also, exactly this same form of relief (some detainees from my dorm listed below). Common denominators for most of these detainees are poverty and being illiterate to the point that they can't even express themselves, speaking nor writing.

3. Too many of us have been detained for years already in what amounts to indefinite ICE and DHS detentions which we believe to be illegal, immoral, unjustified and innapropriate because we are Legal Permanent Residents and because **we are not terrorists!**.

4. The United States Congress gave the government (BICE, DHS) a reasonable period of time (considered around 6 months) to look at detainees' cases and try to deport them. If they are not deported within that time frame they are supposed to be set free to properly & legally defend

JuanJose Martinez-Madera  A 14-647-093  Detained at ICE–El Centro Detention Facility  1115 North  Imperial Ave. El Centro, Cal.  92243-1739      2

themselves by being able to use resources out there that are unavailable here in detainment for many reasons  a)  some financial in nature  b)  others dealing with the nature of these detainment facilities like security and safety  c)  still others dealing with the lack of proper medical care in these facilities and the status of our health which in some cases, situations, conditions and circustances amounts to a death sentence, and d)  still too many other reasons to address here.

All of us Immigration detainees that have been here for years already, need the help from the Federal Courts to break the government's stranglehold of us in their stubbornness and in their refusal to set us free meanwhile that our cases get resolved. Somebody has to stop their abusive behavior doing this to Legal Permanent Residents that no matter what they have done, they have already satisfied their debts to society, owing no more time to no one anymore, otherwise they would have been given more time in the courts.

For reasons stated above and other ones not stated here for lack of . . . petitioner respectfully and humbly requests and moves this Court for present Motion and Request for <u>Class-Action Certification</u> of his Habeas Corpus Petition <u>Case No.</u> **07CV2237 JLS (WMc)** filed in this Honorable Court on November 26, 2007  to be granted.

Thank you for any help provided.

Dated this: <u>January 14, 2008</u>                          Sincerely and Respectfully Submitted,

A 14-647-093   (In Pro Se)          JuanJose Martinez-Madera

                                                        _____

                                                        Petitioner's Signature

| Other Detainee's Names | A #'s | Detained by ICE in Immigration custody continuously since: | |
|---|---|---|---|
| (Lead Petitioner) | | | |
| 1)  JuanJose Martinez-Madera | 14-647-093 | September 22, 2005 | going on 3 years |
| 2)  Gurdev Singh | 42-967-796 | October 24, 2006 | going on 2 years |
| 3)  Juan Ramirez Mata | 34-486-731 | August 17, 2005 | going on 3 years |
| 4)  Hector Ramirez | 043-733-743 | March 20, 2007 | going on 1 year |
| 5)  Alejandro Barajas | 75-506-112 | August 21, 2006 | going on 2 years |
| 6)  Valdez J. C. | 17-989-923 | February 21, 2005 | almost 3 years |

| | | | | |
|---|---|---|---|---|
| 1 | 7)  Chiu Hung Wong | 35-341-477 | May 17, 2007 | going on 1 year |
| 2 | 8)  Daniel Carrera-Virula | 90-499-576 | June 09, 2004 | going on 4 years |
| 3 | 9)  Antonio F. Silveyra-Garcia | 18-499-789 | May 11, 2007 | going on 1 year |
| 4 | 10)  Joel Diaz Roldan | 19-079-462 | October 24, 2006 | going on 2 years |
| 5 | 11)  Antonio Damas Vizcarra | 41-693-249 | February 06, 2006 | almost 2 years |
| 6 | 12)  Gustavo Lemus Galvan | 37-542-695 | July 09, 2004 | going on 4 years |
| 7 | 13)  Javier Velazquez Vazquez | 92-112-890 | February  ?  2005 | almost 3 years |
| 8 | 14)  Hernan I. Delgado | 78-461-226 | February 06, 2003 | almost 5 years |
| 9 | 15)  Francisco Santana Quintero | 39-717-782 | around June 2006 | going on 2 years |

NOTE._  There are many other detainees here (other dorms)  and also in other facilities like CCA-San Diego which are also within this district but, being in detainment I cannot get their names and/or their "A" numbers to include them in this list. That is one reason among others that appointment of counsel is appropriate, crucial and necessary if we are to continue with a class-action.                    Thank  You!.