UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE MARTINEZ-MADERA, )<br>                       Petitioner, )<br>     v.                      )<br>MICHAEL CHERTOFF, Secretary, )<br>Department of Homeland Security; et al, )<br>                       Respondents. )<br>_____ ) | Civil No. 07 cv 2237 JLS (WMC)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

     I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

     I am not a party to the above-entitled action. I have caused service of the EX PARTE Application to Dismiss or Alternatively Set Time and Date for Motion on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

     None

     I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

Juan Jose Martinez-Madera
A14-647-093
ICE El Centro Detention Center
1115 N. Imperial Ave.
El Centro, CA 92243

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

     Executed on March 7, 2008

                                             s/ Raven M. Norris
                                             RAVEN M. NORRIS