KAREN P. HEWITT
United States Attorney
RAVEN M. NORRIS
Assistant U.S. Attorney
California State Bar No. 232868
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7157
Facsimile: (619)557-5004

Attorneys for the Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE MARTINEZ-MADERA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary of) <br> Department of Homeland Security, et al.,) <br> ) <br> Respondents. ) <br> _____ ) | Civil No. 07 cv 2237 JLS (WMc) <br><br> NOTICE OF RELEVANT RECENT NINTH CIRCUIT DECISIONS |

Respondents respectfully lodge the accompanying recent decisions by the Court of Appeals of for the Ninth Circuit in Casas-Castrillon v. DHS, — F.3d —, 2008 WL 2902026 (9th Cir. July 25, 2008) (attached as Ex. A) and Prieto-Romero v. Clark, — F.3d —, 2008 WL 2853396, at 3, Fn. 5 (9th Cir. July 25, 2008) (attached as Ex. B). The parties have submitted their briefs for decision in this case. On July 25, 2008, the Ninth Circuit issued decisions in Casas-Castrillon and Prieto-Romero. These decisions have bearing on Petitioner's habeas corpus claim currently before this Court.

Dated: August 13, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney


s/ Raven M. Norris
RAVEN M. NORRIS
Assistant U.S. Attorney
Attorneys for Respondents
Email: Raven.Norris@usdoj.gov